PD-1099-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/24/2015 2:44:57 PM
Accepted 8/25/2015 5:32:48 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EX PARTE: §
§
§   No. _____
§
JESUS ARANDA LUJAN §
§

### PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Jesus Aranda Lujan, Petitioner, moves this Court to extend the time for the filing of his Petition for Discretionary Review and in support would show pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure.

The final order of the Court of Appeals for the Eighth Judicial District was filed on July 15, 2015. Appendix – Exhibit C. Petitioner attempted to file the Petition with this Court on August 14, 2015 in a traditional manner, i.e., with paper, pre-paid postage and U.S. mail. However, such was returned by the Court's Clerk because the petition was not filed using the Court's electronic filing system. Petitioner requests that the Court allow for the timely filing of the Petition.

### PRAYER FOR RELIEF

FOR THESE REASONS, Jesus Aranda Lujan, Petitioner, prays that this Honorable Court grant this request for an extension to file the Petition for Discretionary Review. Petitioner prays for general relief.

Respectfully submitted,

FILED IN
COURT OF CRIMINAL APPEALS

August 25, 2015

ABEL ACOSTA, CLERK

/s/Steve Spurgin_____
**STEVE SPURGIN**

1

Texas Bar No. 18974350
Post Office Drawer 1471
Marfa, Texas 79843
T (432) 729-3731
F (432) 729-3730
E steve@spurginlaw.com

El Paso Office:
8300 Montana Ave.
El Paso, Texas 79925
T (915) 779-2800
F (915) 779-2801
E steve@spurginlaw.com

*Attorney for Petitioner/Appellant*
*Jesus Aranda Lujan*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 24th day of August 2015 a copy of the foregoing motion for extension to file petition for discretionary review was sent by U.S. Mail and electronic service to Arvel R. (Rod) Ponton, 83rd District Attorney, 400 South Nelson, Fort Stockton, Texas 79736 and at rod.83rd@att.net.

*/s/Steve Spurgin*_____
**STEVE SPURGIN**

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing consists of 160 words according to the Word Count program on Microsoft Word and is typed in 13-point Times New Roman font.

_/s/Steve Spurgin_____
**STEVE SPURGIN**